ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Afghanistan Trade Transportation Co., Ltd. ) ASBCA No. 59782
)
Under Contract No. W91B4N-06-A-0069 )

APPEARANCES FOR THE APPELLANT: Lawrence M. Prosen, Esq.
Christian F. Henel, Esq.
  Kilpatrick Townsend & Stockton, LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  CPT William T. Wicks, Esq.
  Evan C. Williams, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 27 November 2017

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59782, Appeal of Afghanistan Trade Transportation Co., Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals